**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| LAURA CHEEK, on behalf of herself and all others situated, <br><br> Plaintiff, <br><br> -against- <br><br><br><br> NETCOLLECTIONS; and JOHN DOES 1-25, <br><br> Defendants. | Civil Case No. 2:21-cv-06223 (JS)(ARL) <br><br><br> **NOTICE OF PLAINTIFF'S ACCEPTANCE OF DEFENDANT'S APRIL 28, 2022** <br> <u>**RULE 68 OFFER OF JUDGMENT**</u> |

This Notice serves as Plaintiff, LAURA CHEEK's, acceptance of Defendant, NETCOLLECTIONS' Offer of Judgment dated April 28, 2022 (annexed as **<u>Exhibit A</u>**). Specifically, Plaintiff accepts NETCOLLECTIONS' offer of (a) One Thousand One and 00/100 ($1,001.00) dollars in damages, plus (b) reasonable attorney's fees and taxable costs.

Dated: May 12, 2022

　　　　　　　　　　　　　　　　　　　　　　／s／ Benjamin J. Wolf
　　　　　　　　　　　　　　　　　　　　　　Benjamin J. Wolf, Esq.
　　　　　　　　　　　　　　　　　　　　　　Jones, Wolf & Kapasi, LLC
　　　　　　　　　　　　　　　　　　　　　　One Grand Central Place
　　　　　　　　　　　　　　　　　　　　　　60 East 42nd Street, 46th Floor
　　　　　　　　　　　　　　　　　　　　　　(646) 459 7971
　　　　　　　　　　　　　　　　　　　　　　(646) 459 7973 facsimile
　　　　　　　　　　　　　　　　　　　　　　bwolf@legaljones.com
　　　　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff*

## CERTIFICATION OF SERVICE

I, Benjamin J. Wolf, hereby certify that on this date I caused to be served the following papers:

**NOTICE OF PLAINTIFF'S ACCEPTANCE OF DEFENDANT'S
APRIL 28, 2022
RULE 68 OFFER OF JUDGMENT**

upon:

To:

Arthur Sanders, Esq.
Barron & Newburger, P.C.
30 South Main Street
New City, New York 10956
asanders@bn-lawyers.com

by electronic filing system (ECF).

I certify under penalty of perjury that the foregoing is true and correct.

Executed on May 12, 2022

Benjamin J. Wolf

# EXHIBIT A

```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------x
LAURA CHEEK, individually and on behalf
Of all others similarly situated,

                    Plaintiff,                    OFFER OF JUDGMENT

                                                  21-CV-6223
        -against-

NETCOLLECTIONS and JOHN DOES 1-25,

                    Defendant(s).
-------------------------------------------x
```

      Defendant, **NETCOLLECTIONS**, in the above-entitled action, offer to allow judgment to be taken against them by plaintiff for $1,001.00, plus costs and attorney fees in an amount to be decided by the Court. This offer is made pursuant to Rule 68 of the Federal Rules of Civil Procedure and evidence of this offer is not admissible, except in a proceeding to determine costs. If this offer is not accepted in writing within fourteen (14) days after it is served, it shall be deemed withdrawn.

Dated: New City, NY
       April 28, 2022

                                              ARTHUR SANDERS, ESQ. (AS1210)
                                              BARRON & NEWBURGER, P.C.
                                              Attorneys for defendants
                                              30 South Main Street
                                              New City, NY  10956
TO:                                         845-499-2990
BENJAMIN J. WOLF, ESQ.
JONES, WOLF & KAPASI, LLC
Attorneys for plaintiff
One Grand Central Place
60 East 42nd Street, 46th Floor
New York, NY 10165

JOSEPH K. JONES, ESQ.
JONES, WOLF & KAPASI, LLC
Attorneys for plaintiff
One Grand Central Place
60 East 42nd Street, 46th Floor
New York, NY 10165