**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X
LAURA CHEEK, individually and *on behalf of all others similarly situated*,

        Plaintiff,

- against -      **JUDGMENT**
        CV 21-6223 (JS) (ARL)

NETCOLLECTIONS and JOHN DOES 1-25,

        Defendants.
----------------------------------------------------------------X

    A Notice of Acceptance of Offer of Judgment having been filed by Plaintiff on May 12, 2022, accepting defendant NetCollections April 28, 2022 offer to allow entry of judgment against them by plaintiff in the amount of $1,001.00, plus costs and attorney fees in an amount to be decided by the Court, it is

    **ORDERED AND ADJUDGED** that judgment is entered in favor of plaintiff Laura Cheek and against defendant NetCollections in the amount of $1,001.00, plus costs and attorney fees in an amount to be decided by the Court; and that this case is closed.

Dated: May 12, 2022
       Central Islip, New York

                                            BRENNA B. MAHONEY
                                            CLERK OF THE COURT

                                  By:    /s/ James J. Toritto
                                              Deputy Clerk